UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 BANKRUPTCY |
|     Loretta Gracia | : |
| | : |
|     Debtor | : |
| | : NO.  19-10648  ELF |
| Wilmington Savings Fund Society, FSB | : |
| as trustee of Stanwich Mortgage Loan Trust F | : |
|     Movant | : |
|     v. | : |
|     Loretta Gracia | : Date: March 9, 2021 |
|     Debtor | : Time: 9:30 a.m. |
|     Leonardo Gracia | : Courtroom: 1 |
|     Co-debtor | : |
| | : |
|     William C. Miller, Esquire | : |
|     Trustee | : |

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing DEBTOR'S ANSWER TO WILIMINGTO SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST F'S MOTION FOR RELIEF was served upon the following parties by mailing such copies by first class, postage prepaid or by electronic means on February 26, 2021,  to the following:

Asst. U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA   19107

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Rebecca Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Loretta Gracia
3725 Harding Hwy.
Malaga, NJ 08328

   2-26-21
Date

  /s/ MICHAEL A. LATZES
MICHAEL A. LATZES, ESQUIRE
Attorney for Debtor