IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Loretta Gracia | : |
| Debtor(s) | : NO.  19-10648 ELF |

CERTIFICATION OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Notice, Motion to Modify and Abate Chapter 13 Plan and Proposed Order were served either by first class mail, postage prepaid or electronically on April 19, 2021, to William C. Miller, Trustee, United States Trustee, all creditors listed on the Claim's Register, all attorneys of record and debtor, Loretta Gracia.

 4-17-21                                                              /s/ MICHAEL A. LATZES, ESQUIRE
DATE                                                                  MICHAEL A. LATZES, ESQUIRE
                                                                      Attorney for Debtor