IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | : CHAPTER 13 |
|    **Loretta Gracia** | : |
| | : |
|    **Debtor(s)** | : NO.   19-10648 ELF |

CERTIFICATION OF NO RESPONSE/OBJECTION

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that the Notice and Motion to Modify Chapter 13 Plan were served either electronically or first class mail, postage prepaid, on April 19, 2021 to all parties.

Counsel certifies that there have been no objections or other responsive pleadings filed to Debtor's Motion to Modify, in the above-referenced case and therefore requests that this court sign the Order granting Debtor's Motion to Modify Chapter 13 Plan.


  5-6-20                                                         /s/ MICHAEL A. LATZES, ESQUIRE
   Date                                                         MICHAEL A. LATZES, ESQUIRE
                                                             Attorney for Debtor