# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN IN RE: | : CHAPTER 13 |
|    Loretta Gracia | : |
| | : |
|    Debtor(s) | : NO.  19-10648 ELF |

PRAECIPE TO WITHDRAWAL DOCUMENTS #53 and 54

Michael A. Latzes, attorney for debtor, hereby withdrawals Documents #53 and 54 which were filed on May 6, 2021 under the incorrect titles.  (It should have been titled Certification of No Response  instead of a Motion to Modify and Certification of Service)

RESPECTFULLY SUBMITTED

5-6-21      /S/ MICHAEL A. LATZES, ESQUIRE
DATE      MICHAEL A. LATZES, ESQUIRE
Attorney for Debtor
1528 Walnut Street, Suite 700
Philadelphia, PA 19102
(215) 545-0200
Attorney I.D.# 34017