IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | : CHAPTER 13 |
|    **Loretta Gracia** | : |
| | : |
|    **Debtor(s)** | : NO.   19-10648 ELF |

CERTIFICATION OF NO RESPONSE/OBJECTION

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that the Notice and Motion to Modify Chapter 13 Plan were served either electronically or first class mail, postage prepaid, on April 19, 2021 to all parties.

Counsel certifies that there are no current objections of record or no other responsive pleadings filed to Debtor's Motion to Modify, in the above-referenced case and therefore requests   at this court sign the Order granting Debtor's Motion to Modify Chapter 13 Plan.


 5-6-21                                                            /s/ MICHAEL A. LATZES, ESQUIRE
  Date                                                           MICHAEL A. LATZES, ESQUIRE
                                                                  Attorney for Debtor