Certificate Number: 15317-PAE-DE-038577582

Bankruptcy Case Number: 19-10648



15317-PAE-DE-038577582

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 16, 2024, at 12:30 o'clock PM PDT, Loretta Gracia completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 16, 2024

By:    /s/Kaycee Cadano

Name:  Kaycee Cadano

Title:  Credit Counselor