United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-10648-pmm

Loretta Gracia                                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                        Page 1 of 2
Date Rcvd: Aug 09, 2024                      Form ID: 195                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                        regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2024:**

**Recip ID                    Recipient Name and Address**
db                    +  Loretta Gracia, 522 S. 55th Street, Philadelphia, PA 19143-1902

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2024                              Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2024 at the address(es) listed below:**

**Name                                  Email Address**

DENISE ELIZABETH CARLON
                                                on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust F
                                                bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
                                                on behalf of Creditor CARRINGTON MTS SERV WILMINGTON SAVINGS bkgroup@kmllawgroup.com

JEROME B. BLANK
                                                on behalf of Creditor Carrington Mortgage Services  LLC et al jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST
                                                ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                                                on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. LATZES

District/off: 0313-2

User: admin

Page 2 of 2

Date Rcvd: Aug 09, 2024

Form ID: 195

Total Noticed: 1

on behalf of Debtor Loretta Gracia efiling@mlatzes-law.com

ROBERT J. DAVIDOW

on behalf of Creditor JPMORGAN CHASE BANK  N.A. robert.davidow@phelanhallinan.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              : Chapter 13

Loretta Gracia                                      : Case No. 19–10648–pmm
      Debtor(s)

***ORDER***

_____

AND NOW, this day , August 9, 2024 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

94
Form 195